IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 APR 19 A 9:42
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARL HUTTO, #148575,           )
                               )
          Plaintiff,           )
Vs.                            ) Case No.2:06-CV-328-WKW
                               )
TERRANCE ROSE, et al.,         )
                               )
          Defendant.           )

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, *Carl Hutto*, declare that I am the petitioner in the above entitled case. That in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefore; that I believe I am entitled to relief.

1. Are you presently employed? Yes ☐  No ☒

   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. *I have been incarcerated for more than 15-years.*

-8-

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment? Yes ☐ No ☒
   b. Rent payments, interest or dividends? Yes ☐ No ☒
   c. Pensions, annuities or life insurance payments? Yes ☐ No ☒
   d. Gifts or inheritances? Yes ☐ No ☒
   e. Any other sources? Yes ☒ No ☐

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. _Family send a small amount for medical expenses and hygenes._

3. Do you own cash, or do you have money in checking or savings account? Yes ☒ No ☐ (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the item owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☒

   If the answer is "yes," describe the property and state its approximate value.
   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   _____

-9-

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on: April 15, 2006
(Date)

*Carl Hutto*
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of:

$_____ on account to his credit at the Draper Correctional institution where he is confined.

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months):

1. $ .09         on the 1st day of  NOV  05
2. $ .10         on the 1st day of  Dec  05
3. $ 40.12       on the 1st day of  Jan  06
4. $ 47.11       on the 1st day of  Feb  06
5. $ 96.91       on the 1st day of  March 06
6. $ 106.84      on the 1st day of  April 06

*F S Brown  Acct Clerk*
Authorized Officer of Institution

DATE: 4-17-06

-10-

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
DRAPER CORRECTIONAL FACILITY

AIS #: 148575      NAME: HUTTO, CARL DARRELL                  AS OF: 04/15/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 15 | $74.81 | $0.00 |
| MAY | 31 | $15.67 | $53.00 |
| JUN | 30 | $12.18 | $74.00 |
| JUL | 31 | $20.05 | $89.00 |
| AUG | 31 | $53.89 | $91.00 |
| SEP | 30 | $18.06 | $50.00 |
| OCT | 31 | $2.28 | $20.00 |
| NOV | 30 | $2.58 | $25.00 |
| DEC | 31 | $1.23 | $25.00 |
| JAN | 31 | $50.39 | $140.00 |
| FEB | 28 | LAST PAGE: $129.56 | $190.00 |
| MAR | 31 | $104.32 | $128.00 |
| APR | 15 | $98.24 | $128.00 |