**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terrance McWhorter
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jacki Cooper          ☐ Agent
                           ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
   Jackie Cooper                   5/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06cv328
   Por correct Amd

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461 3196

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Terrance Rose
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jacqueline Coop        ☐ Agent
                            ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
   Jacki Cooper                     5/10/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   06cv328
   PV  Amd + cmp

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7004 2510 0001 0150 3418

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540