**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph Griggs
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Jackie Cooper — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jackie Cooper
C. Date of Delivery: 5/10/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv328
   PO comp ser

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3264

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Rudolph
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Jackie Cooper — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jackie Cooper
C. Date of Delivery: 5/10/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv328
   PO comp ser

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3288

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer McCarty
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Jackie Cooper — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Jackie Cooper
C. Date of Delivery: 5/10/06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv328
   PO comp ser

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 3271

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540