**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Steven Suggs
   Elmore Correctional Fac.
   P.O. Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Arthur Cooper_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Arthur Cooper
C. Date of Delivery: 6/15/06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

Proc order 06CV328 Cmp + Amd

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 3517

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540