IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARL HUTTO, #148 575 | * | |
|     Plaintiff, | * | |
| v. | * | 2:06-CV-328-WKW |
| TERRANCE ROSE, *et al.*, | * | |
|     Defendants. | * | |

**ORDER**

It appears that service has not been perfected on Defendants Griggs, Rose, and McWhorter. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendants Griggs, Rose, and McWhorter, Plaintiff must furnish the clerk's office with a correct address for these individuals. Accordingly, it is

ORDERED that:

1. On or before May 26, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendants Griggs, Rose, and McWhorter. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendants Griggs, Rose, and McWhorter will not be served, they will not be parties to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule

4(m), *Federal Rules of Civil Procedure.*

Done this 18th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE