IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL HUTTO, #148 575 | * |
|     Plaintiff, | * |
| v. | *    2:06-CV-328-WKW |
| TERRANCE ROSE, *et al.*, | * |
|     Defendants. | * |

**ORDER**

It appears that service has not been perfected on Defendant Suggs. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant Suggs, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before Juen 5, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant Suggs. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendants he wishes to sue have been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Suggs will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

Done this 24th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE