RECEIVED

IN THE UNITED STATES DISTRICT COURT 2006 JUN -6 A 11: 13

FOR THE MIDDLE DISTRICT OF ALABAMA

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| CARL HUTTO, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:06-CV-328-WKW |
| TERRANCE ROSE, et al., | ) |
| Defendant. | ) |

**MOTION FOR EXTENTION OF TIME**

COMES NOW the Plaintiff in the above-styled cause, pro se, and show to this Court cause for the same in the following manner:

The Plaintiff was transferred from the Elmore Correctional Facility the same day the defendant employed there violated his constitutional rights.

The Plaintiff transferred to the Segregation unit in the Draper Correctional Center. Barely able to walk and left there, until he healed, without medical attention.

To avoid service the State of Alabama Department of Corrections allowed TERRANCE MCWHORTHER to retire

1

from employment with agency, and transferred TERRANCE ROSE and JOSEPH GRIGGS to different facilities.

Defendants can be served are at the below addresses:

Terrance Rose
712 Washington Ave. N.W.
Leeds, AL 35094
(205) 699-2198

Terrance MCWhorter
459 Doster R2
Prattville, AL 36067
(334) 361-4797

Plaintiff require fourteen additional days, plus May 26, 2006 to supply the Clerk's Office with the correct address for remaining defendants. Plaintiff will be able to locate the Defendants within this additional time period.

Respectfully submitted, this 26th day of May, 2006.

*Carl Hutto*
Carl Hutto, 148575

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that the original and a copy of the foregoing were mailed first class, postage prepaid to the Clerk and that copy of the foregoing was mailed first class postage prepaid and properly addressed to counsel of record listed below on the 26th day of May, 2006

Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7300

*Carl Hutto*
OF PLAINTIFF
Draper Correctional Center
P.O. Box 1107
Elmore, AL 36025