IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CARL HUTTO, #148 575 | * |
|     Plaintiff, | * |
| v. | *   2:06-CV-328-WKW |
| TERRANCE ROSE, *et al.*, | * |
|     Defendants. | * |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 13) is GRANTED; and

2. Plaintiff is GRANTED an extension from May 26, 2006 to June 19, 2006 to comply with the court's May 18, 2006 order (Doc. No. 11) and an extension from June 5, 2006 to June 19, 2006 to comply with the court's May 24, 2006 order.  (Doc. No. 12.)

Done this 8th day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE