IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| CARL HUTTO, #148 575 | * |
| Plaintiff, | * |
| v. | *        2:06-CV-328-WKW |
| TERRANCE ROSE, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On June 6, 2006 Plaintiff filed a pleading in which he advises the court of service addresses for Terrance Rose and Terrance McWhorter. The Clerk is hereby DIRECTED to serve Terrance Rose at 712 Washington Avenue N.W., Leeds, Alabama 35094 and Terrance McWhorter at 459 Doster R2, Prattville, Alabama, 36067, with a copy of this order together with a copy of the complaint and the court's May 9, 2006 order of procedure.

Accordingly, it is

ORDERED that Terrance Rose and Terrance McWhorter shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the court's May 9, 2006 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendants Rose and McWhorter they will not

be considered  parties to this cause of action and this case will proceed only against those

named defendants on whom service has been perfected.

Done this 8th day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE