IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CARL HUTTO, :
:
  Plaintiff :
:
v. : Civil Action No. 2:06-CV-328-WKW
:
TERRANCE ROSE, et al., :
:
Defendants. :

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Derrick Rudolph, who being known to me and being by me first duly sworn, deposes and says:

My name is Derrick Rudolph. I am currently employed with the Alabama Department of Corrections as a Correctional Officer I at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I have no knowledge of the incident that took place between inmate Carl Hutto and Officer Terrance Rose on April 9, 2004.

                                              _____
                                              DERRICK RUDOLPH

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 12th day of June, 2006.

                                              _____
                                              NOTARY PUBLIC

My Commission expires February 3, 2007

EXHIBIT A

1