IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARL HUTTO** | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) CASE NO. 2:06-CV-328-WKW |
| **TERRRANCE ROSE, ET AL.** | ) |
| | ) |
| Defendant(s). | ) |

### AFFIDAVIT OF JAMIE MCCARTY

STATE OF ALABAMA

MONTGOMERY COUNTY

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Jamie McCarty, who being known to me and being first duly sworn, deposes and says:

"My name is Jamie McCarty. I am currently employed with the Alabama Department of Corrections as a Transfer Agent in Montgomery, Alabama. I am over twenty-one (21) years of age.

I have no knowledge of the incident that took place between inmate Carl Hutto and Officer Terrance Rose on April 9, 2004."

Further affiant saith not.

_____
Jamie McCarty


EXHIBIT B

Sworn to and subscribed before me and given under my hand and official seal on this the 15 day of June. 2006

_____
Notary Public
My commission expires: 6 Mar 08