IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CARL HUTTO,

  Plaintiff

v.                              : Civil Action No. 2:06-CV-328-WKW

TERRANCE ROSE, et al.,

Defendants.

## AFFIDAVIT

Before me, the undersigned authority, a Notary Public in and for the State of Alabama at Large, personally appeared Willie J. Thomas, who being known to me and being by me first duly sworn, deposes and says:

My name is Willie J. Thomas. I am currently employed with the Alabama Department of Corrections as a Warden III at Elmore Correctional Facility in Elmore, Alabama. I am over twenty-one (21) years of age.

I hereby certify the Disciplinary Report attached to this affidavit to be a true and correct copy of a document provided to me by Draper Correctional Center. I hereby certify the Institutional Incident Report ECC 04-501 attached to this affidavit to be a true and correct copy of a document on file at Elmore Correctional Facility.

                                       _____
                                       WILLIE J. THOMAS

STATE OF ALABAMA:
COUNTY OF ELMORE:

Sworn to and subscribed before me and given under my hand and official seal on this the 12th day of June, 2006.

                                       _____
                                       NOTARY PUBLIC

My Commission expires February 3, 2007



EXHIBIT C

ALABAMA DEPARTMENT OF CORRECTIONS
DISCIPLINARY REPORT

ECC04-501

DOC Form 225B (Revised 1/30/2003)

1. INMATE: Hutto, Carl    CUSTODY: Min    AIS NO.: W/148575

2. FACILITY: Elmore Correctional Center

3. The above named inmate is being charged by Officer Terrance Rose with violation of rule #29 specifically Assault on Persons Associated with the ALDOC from regulation # 403, which occurred on or about 9 April, 2004 at (time) 9:35pm (am / pm), Location: A dorm Cubicle. A hearing on this charge will be held after 24 hours from service.

4. Circumstances of the violation(s) are as follows: When Officer Terrance Rose began to search inmate Carl Hutto W/148575, Inmate Hutto turned and struck Officer Rose in the chest.

Terrance Rose COI                                    [signature] COI
Arresting Officer / Typed / Rank                     Arresting Officer / Signature / Rank

5. I hereby certify that I have personally served a copy of the foregoing upon the above named inmate and I informed inmate of (his)/her right to present a written or oral statement at the hearing and to present written questions for the witnesses on this the 14th day of April, 2003, at (time) 11:30 p.m (am/pm).

[signature] COI                                      x Carl Hutto 148575
Serving Officer / Signature / Rank                   Inmate's Signature / AIS Number

6. Witnesses desired?  NO _____                    YES x Carl Hutto 148575
                           Inmate's Signature             Inmate's Signature

7. If yes, list: Charles McCollum W/

8. Hearing Date 4-17-04    Time 5:45 pm    Place Draper Seg Hallway

9. Inmate must be present in Hearing Room. If he/she is not present explain in detail on additional page and attach.

10. A finding is made that inmate (is / is not) capable of representing him/herself.

[signature] COII
Signature / Hearing Officer

11. Plea: Carl Hutto 148575  (Not Guilty) _____ Guilty

12. The Arresting Officer, Inmate, and all witnesses were sworn to tell the truth.

[signature] COII
Signature / Hearing Officer

13. Arresting Officer's testimony (at the hearing): When Officer Terrance Rose began to search Inmate Carl Hutto W/148575, Inmate Hutto turned and struck Officer Rose in the chest.

Post-it® Fax Note  7671  Date 6/9/06  pages 6
To Diane Sutherland       From Mary Salem
Co./Dept. Elmore CF        Co. OCC
Phone # 567-1463           Phone # 567-1503
Fax # 567-1804             Fax # 567-1519

SIGNED: RH

3

14. Inmate Testimony (not guilty): ... Rose.
My intention was to separate myself from Officer Rose hitting me.
"Also see attached questions".

Witness: _____ Substance of Testimony: _____

Witness: _____ Substance of Testimony: _____

Witness: _____ Substance of Testimony: _____

15. The Inmate was allowed to submit written question to all witnesses. Copy of questions and answers are attached.

*Virgil Smiley CO II*
Signature / Hearing Officer

16. The Following witnesses were not called — reason not called
1. Charles McCllum — was not available to come to Draper
2.
3.

17. After hearing all testimony, the Hearing Officer makes the following findings of fact: (Be Specific)
The Hearing Officer finds that: On 4-9-04 at approximately 9:35p.m., Inmate Carl Hutto W/M 148575 did willfully attempt to inflict injury upon Officer Terrance Rose. Therefore, Inmate Hutto is guilty of Rule violation #29.

18. Basis for Finding of Fact: Based on the testimony of the arresting officer who stated under oath that Inmate Hutto willfully attempted to inflict injury upon Officer Rose This finding is also based on the statement Inmate Hutto made when he stated "he (Hutto) did not intentionally try to hit Officer Rose". The Hearing Officer (Cont'd)

19. Hearing Officer's Decision: __X__ Guilty _____ Not Guilty

20. Recommendation of Hearing Officer: 45 days Disciplinary Segregation; 45 days loss of visiting, pass/leave, phone and store privileges.

*Virgil Smiley CO II*
Signature / Hearing Officer
Virgil Smiley, CO II
Typed Name and Title

21. Warden's Action – Date 4-19-04
Approved *John Matthews*
Disapproved
Other (specify)

22. Reason if more then 30 calendar days delay in action.

23. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named inmate on this the 21ST day of April, 2004, at (time) 6:10 (am /pm)

_____ CO I    X Refused To Sign _____ CO I
Signature / Serving Officer / Title    Inmate's Signature/AIS Number

Annex C of AR 403 (page 2 of 3 pages)

(Continuation Sheet) ADOC Form 225B, Alabama Department of Corrections Disciplinary Report (Optional)

Inmate Name & AIS #: __Hutto, Carl W/148575__   Incident Report No. __ECC04-501__
Facility: __Elmore Correctional Center__

**CONTINUED ARRESTING OFFICER'S (AO) STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO ARRESTING OFFICER:**

**CONTINUED INMATE'S STATEMENT AND/OR QUESTIONS BY HEARING OFFICER (QBHO) TO INMATE:**

**CONTINUED WITNESS TESTIMONY (QBHO):**

**CONTINUED FINDINGS OF FACTS:**
finds, when an inmate willfully attempted to inflict injury upon an officer, employee or other persons associated with DOC, giving the victim reason to fear of expect bodily injury. Therefore the Hearing Officer finds Inmate Hutto guilty of Rule violation #29.

**CONTINUED BASIS FOR FINDING OF FACT:**

**CONTINUED HEARING OFFICER'S RECOMMENDATIONS:**

**OTHER:**

Annex C of AR 403 (page 3 of 3 pages)

## ALABAMA DEPARTMENT OF CORRECTIONS
### Disciplinary Report

Elmore Correctional Center

Continuation Sheet:

Incident Report: ECC04-501

Inmate's Name: Hutto, Carl

AIS #: W/148575

**QUESTION TO ARRESTING OFFICER:** (See attached questions from Inmate Hutto)

QUESTION 1: Officer Rose, did you feel Inmate Carl Hutto was trying to assault you?

ANSWER 1: Yes, I did.

QUESTION 2: What brought on this incident?

ANSWER 2: I asked Inmate Hutto to move away from the Cubicle and get on the wall.

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

**QUESTION TO INMATE:**

QUESTION 1:

ANSWER 1:

QUESTION 2:

ANSWER 2:

QUESTION 3:

ANSWER 3:

QUESTION 4:

ANSWER 4:

QUESTION 5:

ANSWER 5:

Front and Back

Questions for Officer Rose

Page (1)

(1) Officer Rose did inmate Hutto talk smart to you or curse you

(2) What time did you call first mail call?

(3) Did inmate Hutto come into the Cube to tell you he thought you called his name for mail?

(4) What did you ask inmate Hutto? and what did inmate Hutto answer

(5) Did you look thru the mail quickly and did not see inmate Hutto's mail, and told him to come and get it later? What did Hutto answer

(6) Did inmate Hutto return to the Cube to get his mail after he returned from Church Service about 8:45 p.m.?

(7) Upon inmate Hutto asking you if he could pick up his mail what did you say?

(8) Was you just sitting in a Chair in the Cube when inmate knocked on the Door at 8:45 p.m.?

(9) Officer Rose did you call mail call again just before count time?

(10) Approximately how many people were called for mail at that time? Was inmate Hutto's name called?

(11) Did all the people come to the Cube to get their mail? and did most But not all come into the Cube because there wasn't room enough for them all to get in.

(12) When all names were called and I was still standing there what did you say to inmate Hutto? After asking that question what did Hutto answer?

(13) What did you say after inmate Hutto stated to you you must have called his pieces of mail first before he got up there.

(14) Officer Rose what did you say to inmate Hutto then?

(15) Did you say to inmate Hutto why are you fooling with me?

(16) Did inmate Hutto respond by saying I'm not fooling with you officer

(17) Did you then tell Hutto to get out he wasn't getting any mail?

18) When inmate Hutto said him not faceing you just off the jail cell wasn't you?

19) After you told inmate Hutto to get out of the cube what did he say? as he was going toward the cube door? N/A

20) Did you then say to inmate Hutto what did you say? Did he repeat to you Exactly what he had said the first time which was "that's ok we'll just get it Monday.

21) Did you then tell inmate Hutto to get back into the cube, By saying get back in here?

22) You then told the other inmates to get out + then you locked the cube door.

23) Officer Pace wasn't inmate Hutto very humble toward you during all of this with his speech answering you? NO

24) Did you point and tell inmate Hutto to get on the wall? Did Hutto obey what you told him to do? N/A

25) Is it normal routine to shake a persons down at mail call? Why did you want to shake inmate Hutto down? Just coming to pick up mail would not trigger such action as that would it officer Pace? N/A

26) When inmate Hutto turned his back to you to walk to the wall you pointed too what did you do then? Did you attacked inmate Hutto from behind by shoveing him and hiting him? N/A

27) What did inmate Hutto do after you attacked him by shoveing and hiting him N/A

28) When inmate Hutto turned around in shock from being attacked did he stick his arms out in front of his person to try and protect his face?

(1) when inmate Hutto did this didn't you continue striking inmate Hutto in the face as fast and as hard as you could? Did 4 other officers assist you in takeing inmate Hutto down to the floor?

22) How many times did you hit inmate Hutto officer Pace? in the face Did any other officer hit inmate Hutto? If so how many times.

23) Did inmate Hutto tell you he forgave you for biting him in the face? & what did you say to inmate Hutto when he told you that? it was don't be talking to me or you'll get some more of what you just got wasn't it officer Pace?

TOTAL P.06

# ELMORE CORRECTIONAL CENTER
## INSTITUTIONAL INCIDENT REPORT



| | | | |
|---|---|---|---|
| 1. Institution: ELMORE CORRECTIONAL CENTER | 2. Date: 9 April 2004 | 3. Time: 9:35pm | 4. Incident Number: ECC04-501 |
| 5. Location Where Incident Occurred: A-Dorm Cubicle | | 6. Type of Incident: #29 Assault on a Person Associated with DOC (Use of Force) | |
| 7. Time Incident Reported: 9:40pm | | 8. Who Received Report: Sergeant Randy Frank | |

9. Victim:
a. __N/A__  (type full name)    No. ____
b. ____ (type full name)    No. ____

10. Suspects:
a. **Hutto, Carl**    No. **W/148575**
b. ____ No. ____
c. ____ No. ____
d. ____ No. ____
e. ____ No. ____

11. Witnesses:
a. **N/A**    No. ____
b. ____ No. ____
c. ____ No. ____
d. ____ No. ____
e. ____ No. ____
f. ____ No. ____
g. ____ No. ____

Physical Evidence:

12. Type of Evidence: **N/A**

13. Description of Evidence: **N/A**

14. Chain of Evidence: N/A
a.
b.
c.
d.

15. Narrative Summary: On April 9, 2004 at approximately 9:35pm, inmate Carl Hutto W/148575 entered the cubicle of A-Dorm. Inmate Hutto became argumentative towards Officer Terrance Rose because he (inmate Hutto) had not received some mail. Inmate Hutto was instructed by Officer Rose to leave the cubicle. Inmate Hutto refused to comply with the order. Inmate Hutto was instructed by Officer Rose to place his hands on the wall of the cubicle to be searched. As Officer Rose began the search, inmate Hutto turned and struck Officer Rose in the chest. Officer Terrance Rose then grabbed inmate Hutto by the shirt collar, and along with Officers Steven Suggs, Joseph Griggs, and Terrance McWhorter, placed inmate Hutto on the floor. Inmate Hutto received several scratches to his face as a result. Officer Griggs then placed a set of handcuffs on inmate Hutto. Sergeant Randy Frank was notified of the incident at approximately 9:40pm. Officers Suggs and Griggs were instructed to transport inmate Hutto to Staton Health Care Unit at approximately 9:42pm. Inmate Hutto was treated and released back to Elmore by Nurse Bee at approximately 10:15pm (See attached Body Chart). Captain Horace Burton, the On Call Officer, and Captain John Matthews were notified at approximately 9:45pm. Deputy Warden Charles Hadley was notified of the incident at approximately 9:48pm. Warden James DeLoach of Draper Correctional Center was notified of the incident at approximately 10:30pm. No injuries were reported by the Officers involved. At approximately 11:15p.m., Officers Robert Todd and James Hess transported inmate Hutto to Staton Health Care Unit for a body chart prior to being transferred to Draper Correctional Center.

DISTRIBUTION:    ORIGINAL Investigation and Inspection Division
COPY to Deputy Commissioner, Institutions
COPY to Institutional File
COPY to Central Records File

D of C - N 602

| CONTINUATION SHEET | |
|---|---|
| Institution:<br>ELMORE CORRECTIONAL FACILITY | Incident Number: |
| Date:<br>9 April 2004 | Type of Incident #29 Assault on a Person Associated with DOC (Use of Force) |

Narrative Summary (Continued) Page No. 2

Inmate Hutto was issued a disciplinary for rule violation # 29-Assault on a Person Associated with DOC. Inmate Hutto was transferred to Draper Correctional Facility at approximately 11:30pm by Officers Hess and Todd.

_____
Terrance Rose, COI



**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 1/19/01 | TIME 7:20 AM/PM | ORIGINATING FACILITY _____ ☐ SIR ☐ PDL ☐ ESCAPEE ☐ _____ | ☒ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

| ALLERGIES NKA | CONDITION ON ADMISSION ☒ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |

VITAL SIGNS: TEMP ____ ORAL/RECTAL   RESP. 78   PULSE 78   B/P 130/72   RECHECK IF SYSTOLIC <100> 50 ____

**NATURE OF INJURY OR ILLNESS**

C/[illegible] ago about body [illegible]
[illegible]
[illegible] in face, hand by officer.
Body chart per DOC. Escorted
by officer Griggs, Frost, Suggs.

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE Z/Z | LACERATION / SUTURES _____ |

(body diagram figures — front face, profile, front body, hands)
- "abras noted" near face
- PROFILE RIGHT OR LEFT
- RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O: A&Ox3. Ambulates well =
assistance. Band Aid in place
at face. 1cm abrasion noted to (R)
nostril. Nares patent. No swelling
noted to face or body. No
lacerations, noted to [illegible] abrasions (other
than nose) noted to body.

A: Body chart per DOC

P: RTC PRN.

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| 1) Cleared dried blood ā sterile [illegible] | 6:22 | [initials] |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 1/19/01 | TIME 6:30 AM/PM | RELEASE / TRANSFERRED TO ☒ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☒ SATISFACTORY ☐ POOR ☒ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE [sig] | DATE 1/19/01 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |

| INMATE NAME (LAST, FIRST, MIDDLE) [illegible] | DOC# 148575 | DOB | R/S | FAC. |

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

# ELMORE CORRECTIONAL CENTER

FROM: __Sergeant Randy Frank_____, Team Leader/Official

TO: Inmate __Carl Hutto_____ AIS # __W/148575__

RE: Administrative Segregation

You are being placed in Administrative Segregation for __Rule Number 29 Assault on Person__ __associated with the ALDOC_____

Circumstances are as follows (Be specific) __When instructed to face the wall to be__ __searched Inmate Hutto turned and struck Officer Terrance Rose in the Chest__

This is authorized by __James DeLoach__ Warden this __9th__ day of __april__ 20 __04__. Your confinement in Segregation is for a period of not more than seventy-two (72) hours. Prior to the 72 hour confinement, you will be released, served a PR (Progress Review), a Disciplinary Notice or extended. Extensions must be authorized by the Assistant Warden for further investigation time when justified. The 72 hour confinement excludes weekends and holidays. You may also be confined in Segregation by order of I & I for investigation, criminal prosecution, etc.

While in Administrative Segregation, you will be seen by the Segregation Supervisor, a nurse and officers daily. You will be seen by a medical doctor upon request from the nurse. You **will not** be permitted television (No exceptions), newspapers or magazines. You will be given a verbal and written orientation concerning policies and procedures of the Segregation Unit at the time you enter the Unit. You will be provided a healthy environment and personal hygiene items (soap, towel, comb, toothbrush, face towel).

You are not allowed to keep personal items. Clothing and bedding will be issued by the Segregation Unit. Reading materials allowed are one (1) religious book and one (1) additional book or magazine from the Institutional Library. You may receive one (1) visit per month by a person(s) on your approved visiting list. Request for visits must be sent to the Segregation Supervisor. You will be permitted one (1) phone call per month by request to the Segregation Supervisor. Canteen privileges will be authorized on a limited basis.

Your signature below indicates that you have collected and secured all of your property from population, and acknowledges receipt of this detention notice.

_____
Inmate's Signature

_____   _____
Date            Time     Witness

1. Inmate's property has been collected and placed into the custody of the Segregation Unit.
2. Inmate was afforded the opportunity to place a phone call prior to his being confined.

    a. Refused:_____  b. Called:_____  Phone #:_____  Time:_____

_____
Witness

Note: 1 copy to Inmate.
      1 copy to Seg. Commander for Distribution.

## SOCIAL SERVICE ACTION

NAME  Carl Hutto                          AIS  W/148575                    R & S  W/m

INSTITUTION  Elmore Correctional Center  CUSTODY  Min.

ACTION:   Rescind: _____

          Amend: _____

          Transfer: From: Elmore Correctional Center   To: Draper Correctional Center

          Custody: From: Min                           To: _____


REASON(S)  Pending Disciplinary action for Rule #29 Assault on Persons
           Associated with the ALDOC













DATE: 9 April 2004                        APPROVED: _____



N 258

| CONTINUATION SHEET ||
|---|---|
| Institution: Elmore Correctional Center | Incident Number: ECC04-501 |
| Date: 4-9-04 | Type of Incident: #29-Assault on a Person Associated with DOC (Use of Force) |

Narrative Summary (Continued)  Page No. 3

STATEMENT OF JOSEPH GRIGGS, COI

Officer Griggs did observe Inmate Hutto and Officer Rose in a physical altercation. It was not clear to Officer Griggs the technique used by Officer Rose to take Inmate Hutto to the floor because Officer Griggs was standing on the opposite side of the Cubicle, and Officer Rose had his back to Officer Griggs. By the time Officer Griggs got to Officer Rose and Inmate Hutto, Inmate Hutto was on the floor. Officer Griggs then applied handcuffs on Inmate Hutto. To the best of my knowledge, this is all I know about this incident.

_____
Joseph Griggs, COI

ADOC Form 602 revised 4-6-99

AR 302-April 6, 1999

CONTINUATION SHEET

| | |
|---|---|
| Institution: **Elmore Correctional Center** | Incident Number: ECC04-501 |
| Date: 4-9-04 | Type of Incident: #29-Assault on a Person Associated with DOC (Use of Force) |

Narrative Summary (Continued)  Page No. 4

STATEMENT OF STEVEN SUGGS, COI

I, Officer Steven Suggs, did observe Inmate Carl Hutto and Officer Terrance Rose in a physical altercation. I assisted Officer Rose in placing Inmate Hutto on the floor by grabbing Inmate Hutto's left arm and pulled him towards the floor. Officer Joseph Griggs then handcuffed Inmate Hutto. This is all I know about this incident.

*(signed)* Steven Suggs, COI

ADOC Form 602 revised 4-6-99

AR 302-April 6, 1999

D of C - N 602

| | |
|---|---|
| CONTINUATION SHEET | |
| Institution: ELMORE CORRECTIONAL FACILITY | Incident Number: ECC 04-501 |
| Date: 4-9-2004 | Type of Incident: #29 Assault on a Person Associated with DOC (Use of Force) |

Narrative Summary (Continued) Page No. 2

**STATEMENT OF TERRANCE McWHORTER, COI**

On April 9, 2004, I, Officer Terrance McWhorter, observed Officer Terrance Rose instructing inmate Carl Hutto W/148575 to face the wall in A dorm Cubicle. Inmate Hutto became argumentative towards Officer Rose and shoved Officer Rose in the chest. Officer Rose then grabbed inmate Hutto by the collar and I grabbed inmate Hutto by the right arm and right leg and with the assistance of Officer Steven Suggs, placed inmate Hutto on floor. Inmate Hutto was instructed to stop resisting and to place his hands behind his back. Inmate Hutto was then handcuffed by Officer Joseph Griggs and escorted to the shift office. This statement is true and correct.

*Terrance McWhorter COI*
Terrance McWhorter COI

## SOCIAL SERVICE ACTION

NAME: Carl Hutto    AIS: W/148575    R & S: W/m

INSTITUTION: Elmore Correctional Center    CUSTODY: Min.

ACTION:  Rescind: _____

 Amend: _____

 Transfer: From: Elmore Correctional Center   To: Draper Correctional Center

 Custody: From: Min    To: _____

REASON(S)  Pending Disciplinary action for Rule #29 Assault on Persons Associated with the ALDOC

DATE: 9 April 2004    APPROVED: _____

N 258



**PHS** PRISON HEALTH SERVICES INCORPORATED

# EMERGENCY

| ADMISSION DATE 4/9/04 | TIME ☐AM ☐PM | ORIGINATING FACILITY _Elmore_ ☐SIR ☐PDL ☐ESCAPEE ☐ | ☐SICK CALL ☒EMERGENCY ☐OUTPATIENT |
|---|---|---|---|

| ALLERGIES NKH | CONDITION ON ADMISSION ☒GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA |
|---|---|

VITAL SIGNS: TEMP 101.1  ORAL/RECTAL    RESP. 18    PULSE 84    B/P 120/78    RECHECK IF SYSTOLIC <100> 50 ____

**NATURE OF INJURY OR ILLNESS**

Officer Hand ~~crossed out~~
Sub Body chart per DOE

| ABRASION /// | CONTUSION # | BURN xx/xx | FRACTURE z/z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

**PHYSICAL EXAMINATION**

finds No Swelling, No Redness
No laceration, or abrasions

Able to move finger. Bend
arm @ wrist

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| | | |

**DIAGNOSIS**

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE 4/9/04 | TIME 10:20 ☐AM ☒PM | RELEASE / TRANSFERRED TO ☒DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☒SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

NURSE'S SIGNATURE S. Bowdell    DATE 4/9/04    PHYSICIAN'S SIGNATURE    DATE 4/9/04    CONSULTATION

| INMATE NAME (LAST, FIRST, MIDDLE) Rose Terrance | DOC# | DOB 10/4/73 | R/S | FAC. |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)