IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

CARL HUTTO, )
)
    Plaintiff, )
)
VS. ) Case No.2:06-CV-328-WKW
)
)
TERRANCE ROSE, et al., )
)
    Defendant.

### PLAINTIFF'S RESPONSE TO COURT'S ORDER DATED MAY 18TH 2006

COMES NOW the Plaintiff in the above-styled cause, pro se, and show to this Court cause for the same in the following manner:

The remaining Defendants can be served at the below addresses:

JOSEPH GRIGGS
331 Country Place
Deatsville, Alabama 36022

STEVEN SUGGS
P.O. Box 8
Elmore, Alabama 36025

WHEREFORE THE PREMISES CONSIDERED, Plaintiff prays that require the Defendants herein to response to Plaintiff's Complaint pending in this Court.

Respectfully submitted, this 17th day of June 2006.

Carl Hutto, 148575

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that the original and a copy of the foregoing were mailed first class, postage prepaid to the Clerk and that copy of the foregoing was mailed first class postage prepaid and properly addressed to counsel of record listed below on the 17th day of June, 2006

Office of the Attorney General
11 South Union Street
Montgomery, Alabama 36130
(334) 242-7300

*signature: Carl Hutto*
OF PLAINTIFF
Draper Correctional Center
P.O. Box 1107
Elmore, AL 36025