- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Tracey Nichols_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

1. Article Addressed to:

   Terrance McWhorter
   459 Wester Rd
   Prattville AL
   36067

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   06cv328

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 3325

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540