IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CARL HUTTO, #148 575                    *

    Plaintiff,                                        *

    v.                                                    *        2:06-CV-328-WKW

TERRANCE ROSE, *et al.*,                 *

    Defendants.                                    *

_____

**ORDER**

On June 20, 2006 Plaintiff filed a pleading in which he advises the court of service addresses for Joseph Griggs and Steven Suggs. The CLERK of the court is hereby DIRECTED to serve Joseph Griggs at 331 Country Place, Deatsville, Alabama 36022 and Steven Suggs at P.O. Box 8, Elmore, Alabama 36025, with a copy of this order together with a copy of the complaint and the court's May 9, 2006 order of procedure - Doc. No. 7. Accordingly, it is

ORDERED that Joseph Griggs and Steven Suggs shall file an answer and written report to the complaint within forty (40) days of the filing date of this order in accordance with the court's May 9, 2006 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is cautioned that if service is not perfected on Defendants Griggs and Suggs they will not be

considered parties to this cause of action and this case will proceed only against those named defendants on whom service has been perfected.

Done this 29th day of June 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE