IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CARL HUTTO, #148 575 | * | |
|     Plaintiff, | * | |
| v. | * | 2:06-CV-328-WKW |
| TERRANCE ROSE, *et al.*, | * | |
|     Defendants. | * | |

_____

**ORDER**

The court, having legal evidence of service on defendant McWhorter (*see* Doc. No. 18), deems it appropriate to direct McWhorter to show cause why he has failed to answer or otherwise respond to the plaintiff's complaint, as amended, as directed by court order filed May 9, 2006 and served on McWhorter on June 17, 2006.

Accordingly, it is ORDERED that:

1. McWhorter SHOW CAUSE on or before September 25, 2006 for his failure to answer or otherwise respond to the plaintiff's complaint, as amended; and

2. The Clerk of Court furnish a copy of this order to McWhorter, General Counsel for the Alabama Department of Corrections, and to the Attorney General for the State of Alabama.

Done this 13th day of September 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE