

**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

TROY KING
ATTORNEY GENERAL

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, AL 36130
(334) 242-7300
WWW.AGO.STATE.AL.US

June 22, 2006

Tracey McWhorter
459 Doster R2
Prattville, AL 36067

Re:   Carl Hutto v Terrance Rose, et al.
      Case No.: 2:06-cv-328-WKW

Dear Tracy McWhorter:

    Please find enclosed a copy of a certified mail receipt that you signed. The contents of the letter you received is a summons and complaint that was intended for Terrance McWhorter, a former state employee who, if served, would be entitled to representation by the Office of the Attorney General. I have tried to call the phone number listed at whitepages.com for your address (334-361-4797) to determine if your residence is the residence of Terrance McWhorter and whether he has been served. I would appreciate if you would call me at the above number or my direct line (334-242-7391) so I can determine if Mr. McWhorter has been served or if I need to inform the Court that he has not been served.

                              Sincerely,

                              (ORIGINAL SIGNED)

                              Jeffery H. Long
                              Assistant Attorney General

JHL/rw

Enclosure

cc:  Honorable Debbie Hackett, Clerk (Middle Dist. of Ala.)
     Honorable Vanzetta P. McPherson, US District Court Magistrate Judge