IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| Carl Hutto - W/#148575, | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | CIVIL ACTION NO.: |
| | ) | 2.06-CV-328-WKW |
| Terrance Rose, et al., | ) | (WO) |
| Defendants. | ) | |

MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE
TO THE MAGISTRATE'S RECOMMENDATIONS

Comes now the Plaintiff, Carl Hutto - W/#148575, pro'se, by and through himself, in the above style matter, pursuant to the FRCP, respectfully requesting from this honorable Court a (21) days extension of time to file the above style pleading. In support of request, the Plaintiff hereby states as follows:

1. The Plaintiff herein is a trade school student at Draper Correctional Facility and has not had the proper time to conduct his legal research and traverse; and,

2. The Defendants will not be prejudice in this honorable Court granting to Plaintiff the requested (21) days extension of time.

DONE ON THIS __3__ DAY OF __May__ 2007.

Respectfully submitted,

S/ Carl Hutto
Carl Hutto - W/#148575/H2-10A
[Pros'se/Plaintiff]
Post Office Box 1107 / DCF
Elmore, Alabama 36025-1107

Page 1. of 2

## CERTIFICATE OF SERVICE

I , Inmate Carl hutto - W/#148575 , hereby certify that I have served a true and exact copy of the foregoing pleading upon the following Defendants:

by placing a copy of the same in the United States Postal Mail service at Draper Correctional Facility on this __3__ day of __May__ , 2007.

S/ *Carl Hutto*
Carl Hutto - W/#148575
[Pro'se Plaintiff]

CC:Plaintiff.

Page 2. of 2

STATE OF ALABAMA
ELMORE COUNTY

X __Carl H_____
　Affiant

SWORN TO AND SUBSCRIBED before me this _3_ day of _May_, 2007.

My Commission Expires March 25, 2008
_____
MY COMMISSION EXPIRES

__Jerome Plese_____
NOTARY PUBLIC



MONTGOMERY AL 361
04 MAY 2007 PM 2 L

To:
**Office of the Clerk**
United States District Court
Middle District of Alabama
Post Office Box 711
Montgomery, Alabama 36101-0711

From Inmate: **W/#148575 / H2-10A**
**Carl Hutto** - Draper Correctional Facility
Post Office Box 1107
Elmore, Alabama 36025-1107

**LEGAL USE ONLY**

36101+0711