IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

CARL HUTTO, #148 575           *

    Plaintiff,               *

    v.                       *           2:06-CV-328-WKW

TERRANCE ROSE, *et al.*,       *

    Defendants.              *

_____

**ORDER ON MOTION**

Plaintiff requests an extension of time to file objections to the Recommendation of the Magistrate Judge entered on April 26, 2007. Plaintiff's motion has been read, considered, and shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 28) is GRANTED;

2. Plaintiff is GRANTED an extension from May 7, 2007 to May 29, 2007 to file his objections.

Done, this 8th day of May 2007.

                                            /s/   Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE