## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT
## NOTHERN DIVISION

CARL HUTTO V. ALABAMA DEPARTMENT OF CORRECTION
CASE NUMBER 2.06 CV-328 WKW
(DOC NO 28)

## MOTION TO RESUBMIT THE SAME ADDRESSES

Comes now I the said Carl Hutto-pro se hereby submit his said Motion To Resubmit the same address due to the following, I have be unable to located any additional addresses due to my incarceration.

I am now requesting to resubmit the following names:

1. **Terrance McWhorter**
   459 Doster Road
   Pratville, Alabama 36067
   (334) 361-4797

2. **Terrance Rose**
   721 Washington Avenue N.W.
   Leeds, Alabama 35094
   (205) 699-2198)

3. **Steven Suggs**
   Elmore Correctional Facility
   P.O. Box 8
   Elmore, Alabama 36025

4. **Joseph Griggs**          (Home)
   331 County Place
   Deatsville, Alabama 36022

5. **Joseph Griggs**          (Job)
   P.O. Box 8
   Elmore, Alabama 36025

It at this time I must assert I am very thankful for you allowing me the Extension of Time in order to correct the said following information.

I must assert I am in need of additional counsel to assist me in obtaining any additional information due to the Alabama Department of Corrections do not allow the Officer's information to be given to inmates and I am restrain from obtaining it any other way form or fashion.

It is at this time I await your response.

Thanking you in advance for your time and concern in reference to the cited above and mention and allowing me to explain that due to my incarceration I am restrained and will not be able to serve any additional information because of my incarceration for about Twenty (2) years and that the Law Library is very complex with Legal materials that I am not well reversed with and need assistance.

Sincerely submitted

*Carl Hutto*

Carl Hutto
Draper Correctional Facility
P.O.Box 1107 –H2-10A-3148575
Elmore, Alabama 36025-1107

## CERTIFICATE OF SERVICE

I certify that I have served true and correct copy of this foregoing to the U.S.D.C. and Clerk on this the said 29th, day of May, 2007 by placing in the U.S. Mail and Postage pre paid in full.

CC/ Attorney General Troy King

MONTGOMERY AL 361
29 MAY 2007 PM 4 T

Mr. Carl Nutto
#25575- H2-10A
Draper, C.C.
P.O. Box 1107
Elmore, AL 36025-

United States District Court
Middle District of Alabama
Office of the Clerk
Post Office Box 711
Montgomery, Alabama 36101-0711

This correspondence
from an Alabama