IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARL HUTTO, #148 575,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-328-WKW |
| | ) |
| **TERRANCE ROSE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

### ORDER

The Magistrate Judge filed a Recommendation (Doc. # 27) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 27) is ADOPTED;

2. The plaintiff's claims against defendants Rose, Suggs, Griggs, and McWhorter are DISMISSED without prejudice and these defendants are DISMISSED as parties to the complaint;

3. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 31st day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/　W. Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE