IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN DIVISION</u>

RECEIVED

2007 SEP 10 A 9: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CARL HUTTO,#148575,          [

    **Plaintiff,**          [

    vs.          [          2.06-CV-328-WKW

              [          (WO)

TERRANCE ROSE,ET AL.,          [

    **Defendants.**

## MOTION TO DISMISS COMPLAINT
## <u>WITHOUT PREJUDICE</u>

    Comes the plaintiff , inmate Carl Hutto - #148575 , pro'se , by and through himself , in the above style cause , pursuant to the **FRCP** , hereby respectfully , making request to this honorable Court to dismiss plaintiff's complaint without prejudice. In support ther- eof , the plaintiff states as follows:

    (1) Plaintiff is unable at this time to get the addresses of the several defendants involved in the violation of his constitutional rights.

    **DONE ON THIS** ___9___ **DAY OF** _August_ , 2007.

    Sworn and subscribed before me on this ___9___ day of _August_ , 2007.

Notary Public: _____

My Commission Expires: _____

MY COMMISSION EXPIRES APRIL 9, 2011

Respectfully submitted,

S/_Carl D. Hutto._____

Carl Hutto - #148575 / H2-10A

    [Prose/Plaint]

Draper Correctional Facility

Post Office Box 1107

Elmore , Alabama 36025-1107

## CERTIFICATE OF SERVICE

   I , inmate Carl Hutto - W/#148575 , the Plaintiff herein , hereby
certify that I have on this ___9___ day of ___August___ , 2007 , served
a true and exact copy of the foregoing pleading upon the following
party representing the defendants:

   Hon. Troy King - State Attorney General
   Office of the Alabama State Attorney General
   11 South Union Street , Third Floor
   Montgomery , Alabama 36103,

by placing the same in the United States Postal mail service at Drap-
er Correctional facility , properly addressed and postage prepaid.

                                    s/ *Carl D. Hutto*
                                    Inmate Carl Hutto - W/#148575
                                         [Prose/Petitioner]

                              Page 2. of 2

MONTGOMERY AL 361

10 AUG 2007 PM 4 T

Carl Hutto - W/#148575
Draper Corr. Fac. / H2-10A
P.O. Box 1107
Elmore , Alabama 36025-1107

Office of the Clerk
United States District Court
P.O. Box 1107
Montgomery , Alabama 36101-0711

This correspondence is forwarded
from an Alabama State Prison The
have not been
Department of
for the statements

LEGAL USE ONLY

36101+1107