IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARL HUTTO, #148 575,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 2:06-cv-328-WKW |
| | ) |
| **TERRANCE ROSE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 34) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 34) is ADOPTED;

2. The plaintiff's Motion to Dismiss Complaint Without Prejudice (Doc. # 33) is GRANTED;

3. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of October, 2007.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE